**FILED**
JAN 16 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LISA MARIE WALKER, ) | Case No. CV 07-3044-GPS (MLG) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| SIMI VALLEY POLICE DEPARTMENT, ) | |
| Defendant. ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: 1/14/08

George P. Schiavelli
United States District Judge